PROB 12B
(7/93)

Report Date: November 29, 2007

# United States District Court

### for the

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 03 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Marcelino Salas Olvera        Case Number: 2:07CR00168-001

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 10/12/2005        Type of Supervision:  Supervised Release

Original Offense: Transportation of an Unlawful Alien within the U.S., 8 U.S.C. § 1324 (a)(1)(A)(ii) and (a)(1)(B)(ii)        Date Supervision Commenced: 09/06/2007

Original Sentence:  Prison - 30 Months; TSR - 36 Months        Date Supervision Expires: 09/05/2010

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16. You shall submit your person, residence, office, or vehicle to a search conducted by, or at the direction of, the supervising probation officer in a reasonable manner based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You shall warn persons with whom you share residence that the premises may be subject to search.

17. You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

18. You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

19. You shall not enter into, or remain in any establishment where alcohol is the primary item of sale.

20. You shall participate in the home confinement program for 180 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer.

Prob 12B
Re: Olvera, Marcelino Salas
November 29, 2007
Page 2

## CAUSE

Marcelino Olvera is considered to be in violation of the terms of supervision by his admission of cocaine consumption, on or about, November 19, 2007. Additionally, he has pending charges for a domestic violence assault that occurred, on or about, October 17, 2007, and came to the undersigned officer's attention on November 20, 2007. Said incident involves Mr. Olvera at a bar under the influence of intoxicants. Presently, Mr. Olvera is struggling with maintaining an appropriate level of compliance. By modifying his conditions of supervision, as indicated above, it will allow the defendant to continue with employment and substance abuse treatment. It will further serve as an intermediate sanction that will restrict Marcelino Olvera's activities in the community. The defendant has agreed with said modification and has signed the attached waiver of hearing indicating so.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/29/07

Richard B. Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

Dec 3 2007

Date