PROB 12B
(7/93)

Report Date: February 8, 2008

# United States District Court

## for the

## Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

```
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 11 2008

JAMES R. LARSEN, CLERK
                  DEPUTY
SPOKANE, WASHINGTON
```

Name of Offender: Marcelino Salas Olvera          Case Number: 2:07CR00168-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, U.S. District Judge

Date of Original Sentence: 10/12/2005          Type of Supervision: Supervised Release

Original Offense: Transportation of an Unlawful
Alien within the United States, 8 U.S.C. § 1324
(a)(1)(A)(ii) and (a)(B)(ii)

Date Supervision Commenced: 9/6/2007

Original Sentence: Prison - 30 Months; TSR - 36
Months

Date Supervision Expires: 9/5/2010

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

20    You shall reside in a residential reentry center for a period of up to 180 days. This placement may include
      a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but
      not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements
      of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

On December 3, 2007, Your Honor modified the conditions of supervised release to include search condition,
abstaining from alcohol and illegal controlled substances, urinalysis testing, not entering any establishment where
alcohol is a primary item of sale, and 180 days of home confinement with electronic monitoring. This was an
intermediate sanction for multiple occasions of poor compliance with the conditions of supervision. There have been
several instances of the home confinement program rule violations prior to this report being filed that have been
resolved with verbal reprimands. Mr. Olvera has been on the Home Confinement Program with electronic monitoring
since December 21, 2007. On February 4, 2008, Marcelino Olvera failed to return to his residence as scheduled.
He was scheduled to return after work each night at 11:00 p.m. He did not arrive at the residence until February 5,
2008, at 9:04 a.m. He left the residence at 9:08 a.m. He has since continued to not follow the home confinement
schedule established. He has also struggled with maintaining regular substance abuse treatment attendance. He has
failed to appear for urinalysis testing on December 11, 20, and 26, 2007, and January 22, 2008.

After reviewing the matter with Mr. Olvera, he has agreed to the above modification which would allow for him to
maintain employment, and continue with substance abuse treatment. It should be noted if Mr. Olvera cannot maintain
the appropriate level of compliance while at the Residential Reentry Center, the undersigned officer will be
approaching the Court requesting immediate official action.

Prob 12B
**Re:  Olvera, Marcelino Salas**
**February 8, 2008**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    2/8/08

Richard B. Law
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

Signature of Judicial Officer

2/11/08

Date